UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

HENRY RUIZ,

        Plaintiff,

        v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

No.  1:14-CV-3085-JTR

ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

    **BEFORE THE COURT** is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 19. Attorney Thomas Andrew Bothwell represents Plaintiff; Special Assistant United States Attorney Franco L. Becia represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 6.  After considering the file, and proposed order, **IT IS ORDERED:**

    1.    The parties' Stipulated Motion For Remand, **ECF No. 19**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the administrative law judge (ALJ) shall hold a new hearing and:  (1) obtain additional evidence including (a) educational records and (b) a psychological examination with intelligence testing conducted by a bilingual examiner or with the assistance of a Spanish language interpreter; (2) utilize a

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

medical expert at a new administrative hearing to clarify the nature and severity of Plaintiff's impairments; (3) further evaluate the evidence and determine if Listing 12.05 is satisfied and, if not, provide rationale in support of that finding; (4) re-evaluate Plaintiff's residual functional capacity; and (5) further evaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert.  The ALJ will take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and arguments to the ALJ.

2. Judgment shall be entered for **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **STRICKEN AS MOOT**.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED February 24, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2